**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Kevin Lumpkin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Texas Court in Beaumont Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

| | | |
|---|---|---|
| 1 | ☐ | G2® Vena Cava Filter |
| 2 | ☐ | G2® Express Vena Cava Filter |
| 3 | ☐ | G2® X Vena Cava Filter |
| 4 | ☑ | Eclipse® Vena Cava Filter |
| 5 | ☐ | Meridian® Vena Cava Filter |
| 6 | ☐ | Denali® Vena Cava Filter |
| 7 | ☐ | Other: _____ |

11. Date of Implantation as to each product:

   6/17/2014 _____

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☑   Count I:      Strict Products Liability – Manufacturing Defect

   ☑   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

   ☑   Count III:    Strict Products Liability – Design Defect

   ☑   Count IV:     Negligence – Design

   ☑   Count V:      Negligence – Manufacture

   ☑   Count VI:     Negligence – Failure to Recall/Retrofit

   ☑   Count VII:    Negligence – Failure to Warn

   ☑   Count VIII:   Negligent Misrepresentation

   ☑   Count IX:     Negligence *Per Se*

   ☑   Count X:      Breach of Express Warranty

1  ☑ Count XI:   Breach of Implied Warranty

2  ☑ Count XII:  Fraudulent Misrepresentation

3  ☑ Count XIII: Fraudulent Concealment

4  ☑ Count XIV:  Violations of Texas Law Prohibiting Consumer Fraud and

5  Unfair and Deceptive Trade Practices

6  ☐ Count XV:   Loss of Consortium

7  ☐ Count XVI:  Wrongful Death

8  ☐ Count XVII: Survival

9  ☑ Punitive Damages

10 ☐ Other(s):   _____ (please state the facts supporting

11 this Count in the space immediately below)

12 _____

13 _____

14 _____

15 _____

16 _____

17    13.   Jury Trial demanded for all issues so triable?

18        ☑ Yes

19        ☐ No

RESPECTFULLY SUBMITTED this 16th day of February, 2018.

**CORY WATSON ATTORNEYS**

By: */s/ Jon C. Conlin*
Jon C. Conlin (AL Bar No. 7024)
(admitted *pro hac vice*)
J. Curt Tanner (AL Bar No. 1041)
(admitted *pro hac vice*)
2131 Magnolia Avenue
Birmingham, Alabama 35205

*Attorneys for Plaintiffs*

I hereby certify that on this 16th day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jon C. Conlin*