IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KEVIN LUMPKIN | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO.  1:20-CV-00125 |
| v. | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| C. R. BARD, INC. and BARD | § | |
| PERIPHERAL VASCULAR, INC. | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice. [Dkt. 23].
The parties seek a dismissal without prejudice pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(ii). To the extent that the parties' dismissal is not yet in effect, the above-styled action
is hereby dismissed without prejudice.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE,
and the parties shall bear their own attorneys' fees and costs.

**SIGNED this 4th day of September, 2020.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge